UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NOEL PERKINS, et al.,

    Plaintiffs,

    v.

S&E FLAG CARS, et al.,

    Defendants.

Case No. 2:15-cv-975
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of Plaintiffs' unopposed Motion to Conditionally Certify an FLSA Collective and Approve Circulation of Notice Pursuant to 29 U.S.C. § 216(b) [ECF No. 31] (the "Motion"). Based on the evidence and arguments Plaintiffs submitted with their Motion, and based on Defendants' lack of opposition, Plaintiffs' Motion is **GRANTED**. Within **FOURTEEN (14) DAYS** of the date of this Order, Defendants are **DIRECTED** to produce the names and last-known mailing addresses of all Escort Drivers who performed services for Defendants within the past three (3) years.

Further, Plaintiffs' proposed Notice of Right to Join Lawsuit [ECF No. 32-2] (the "Notice") is **APPROVED**. Within **TEN (10) DAYS** after receiving Defendants' production of the Escort Drivers' names and last-known mailing addresses, Plaintiffs shall update the dates indicated in the Notice and circulate the Notice via first-class mail to all Escort Drivers who performed services for Defendants within the past three (3) years. An individual seeking to join this action must file his or her written consent within **SIXTY (60) DAYS** after Plaintiffs circulate the Notice.

IT IS SO ORDERED.

2-5-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE