UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NOEL PERKINS, et al.,

        Plaintiffs,

    v.

S&E FLAG CARS, et al.,

        Defendants.

Case No. 2:15-cv-975
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay the February 5, 2016 Order granting Plaintiffs' unopposed Motion to Conditionally Certify an FLSA Collective and Approve Circulation of Notice. The parties have indicated that they are attempting to settle their dispute. Accordingly, the Joint Motion [ECF No. 54] is **GRANTED**, and all deadlines contained in the Court's February 5 Order [ECF No. 38] are **STAYED**.

The parties are **DIRECTED** to file a joint status report within sixty (60) days of the date of this Order advising the Court as to whether a settlement has been reached.

    **IT IS SO ORDERED.**

_____4-15-2016_____
**DATE**

_____
EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**