UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NOEL PERKINS, et al.,**

        **Plaintiffs,**

v.

**S&E FLAG CARS, LLC, et al.,**

        **Defendants.**

Case No. 2:15-cv-975
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Chelsey M. Vascura

## ORDER

In the parties' October 20, 2017 Status Report, they indicated that a global settlement has been accepted in principle and is pending approval and execution by all parties to the settlement, including all Defendants in this action. (ECF No. 108.) The parties further explained that the global settlement will require approval by the Bankruptcy Court presiding over the four related bankruptcy cases. In their December 27, 2017 Joint Status Report (ECF No. 110), the parties represent that progress has been made and that the trustee "hopes to have a settlement finalized and a compromise motion filed within the next sixty (60) days." (*Id*. at 1.) The parties therefore request that "all scheduled dates and case-management deadlines in this matter be stayed pending the finalization of the global settlement and submission of same to the appropriate court(s) for review and approval." (*Id*.)

The parties' request is **GRANTED** for good cause shown. Accordingly, the Court **VACATES** the Amended Order Setting Trial Date and Settlement Conference (ECF No. 98) and **STAYS** this action. In the event that the parties have not submitted their settlement agreement for Court approval in the interim, the parties are **DIRECTED** to file a joint status report **WITHIN SIXTY DAYS.**

IT IS SO ORDERED.

1-2-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE