UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NOEL PERKINS,** *et al.*,

    **Plaintiffs,**

    v.

              **Case No. 2:15-cv-975**
              **JUDGE EDMUND A. SARGUS, JR.**
              **Magistrate Judge Chelsey M. Vascura**

**S & E FLAG CARS, LLC,** *et al.*,

    **Defendants.**

## **ORDER**

This matter is before the Court on the Magistrate Judge's Order regarding Plaintiffs' May 27, 2024 status report. (Order, ECF No. 162.) Plaintiffs submitted that this case should be dismissed because they have received their settlement payments. (Pl. Status Report, ECF No. 161.) The Magistrate Judge gave Defendants fourteen days to file objections to dismissal, and no Defendant filed an objection. Accordingly, the Court deems Defendants to have consented to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    The Clerk is **DIRECTED** to **CLOSE** this case.

    **IT IS SO ORDERED.**


**6/24/2024**                                **s/Edmund A. Sargus, Jr.**
**DATE**                                    **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**